IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | Docket No. 2:16-cv-01163-DSC |
| | ) | |
| | ) | The Honorable David S. Cercone |
| vs. | ) | |
| | ) | |
| MARK A. IMMEL,<br>Defendant | ) | |
| | ) | |
| | ) | |

**DEFAULT JUDGMENT**

The Complaint in the above-captioned action was filed in the Court on August 2, 2016 and, after due service of process on Defendant according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant.

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, Mark A. Immel, in the amount of $4,386.60 principal, plus interest of $3,067.27 and $264.18, for a total of $7,718.05. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: November 9, 2016

R. V. Barth, Jr.
Clerk, United States District Court
Western District of Pennsylvania

By: [signature]
Deputy Clerk